IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 15 2023

KEVIN P. WEIMER, Clerk
By: *jry*
Deputy Clerk

UNITED STATES OF AMERICA

*v.*

ESTELA JUDITH GONZALEZ

Criminal Action No.
1:23-CR-160

### Government's Motion for Detention

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Annalise K. Peters, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

## 1. Eligibility of Case

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

An offense having a maximum sentence of life imprisonment or death;

A serious risk that the defendant will flee;

A serious risk that the defendant will obstruct or attempt to obstruct justice; and

A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

## 2. Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).  The presumption applies because there is probable cause to believe that the defendant committed:

> An offense involving peonage, slavery, or trafficking in persons with 20+ year maximum term of imprisonment as set forth in section 77 of Title 18.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 15, 2023.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6000

RYAN K. BUCHANAN
United States Attorney

/S/ ANNALISE K. PETERS
Assistant U.S. Attorney
Ga. Bar No. 550845

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Defense Counsel

May 15, 2023

/s/ ALEX R. SISTLA
ALEX R. SISTLA
Assistant U.S. Attorney