UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| v. | : CASE NO. 1:23-CR-160 |
| | : |
| EFRAIN GONZALEZ-SALGADO, | : |
| and | : |
| ESTELA JUDITH GONZALEZ, | : |
| | : |
| Defendants. | : |

## **UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND PRETRIAL CONFERENCE**

Defendant Estela Judith Gonzalez ("Mrs. Gonzalez"), and her husband, Defendant Efrain Gonzalez-Salgado ("Mr. Gonzalez-Salgado"), by and through their respective Undersigned Counsel, respectfully request that the Court continue the pretrial motions deadline currently set for May 30, 2023, and the pretrial conference currently scheduled for May 31, 2023, by 60 days. In support of this motion, Counsel show the following:

1.

On May 9, 2023, Mrs. Gonzalez and Mr. Gonzalez-Salgado were charged in a sixteen-count indictment alleging forced labor, alien smuggling, and conspiracy to commit forced labor. [Doc. 1]. Count 16 applies to both Defendants and carries

a potential life in prison sentence. In total, the indictment alleges ten different victims.

2.

The initial appearance and arraignment occurred on May 15, 2023, and the Government subsequently moved for detention [Doc. 17]. The Court granted the Government's motion following a detention hearing on May 18, 2023. [Doc. 24, 25].

3.

The Government has indicated that the discovery in the instant case will be voluminous. To date, the defense has only received a small portion of the anticipated discovery, and the Government has indicated that it will be moving for a protective order before the bulk of discovery is produced to the defense.

4.

While Counsel is unsure how long it will take for the Government to produce discovery, Counsel believes that an extension of at least 60 days will be necessary to review the discovery and to draft any appropriate pretrial motions. The Government has indicated that it has no objection to the requested extension.

5.

For these reasons, Counsel for Mrs. Gonzalez and Counsel for Mr. Gonzalez-Salgado respectfully request that the Court continue the pretrial motions deadline by 60 days and that the Court schedule the pretrial conference sometime thereafter. If granted, pretrial motions would be due on or before July 29, 2023.

This 23rd day of May, 2023.

                                                JESS JOHNSON LAW, LLC

                                                /s/ Jess B. Johnson
                                                Jess B. Johnson
                                                Georgia Bar No. 322066
                                                *Attorney for Estela Gonzalez*

Jess Johnson Law, LLC
1180 W Peachtree Street, NW
Suite 2075
Atlanta, Georgia 30309
(404) 855-1325
jess@jessjohnsonlaw.com

                                                THE CHURCH LAW FIRM, LLC

The Church Law Firm, LLC           /s/ Thomas D. Church
1875 Old Alabama Road, Suite 760     Thomas D. Church
Roswell, GA 30076                            Georgia Bar No.: 956589
(404) 223-3310                                 *Attorney for Efrain Gonzalez Salgado*
tom@church.law

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was filed electronically with the Court using the CM/ECF system, which will electronically send a notification of such filing to all parties.

This 23rd day of May, 2023.

                                                   JESS JOHNSON LAW, LLC

                                                   /s/ Jess B. Johnson
                                                   Jess B. Johnson
                                                   Georgia Bar No. 322066
                                                 *Attorney for Estela Gonzalez*

Jess Johnson Law, LLC
1180 W Peachtree Street, NW
Suite 2075
Atlanta, Georgia 30309
(404) 855-1325
jess@jessjohnsonlaw.com

                                                   THE CHURCH LAW FIRM, LLC

The Church Law Firm, LLC          /s/ Thomas D. Church
1875 Old Alabama Road, Suite 760   Thomas D. Church
Roswell, GA 30076                      Georgia Bar No.: 956589
(404) 223-3310                          *Attorney for Efrain Gonzalez Salgado*
tom@church.law