IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTELA JUDITH GONZALEZ | Criminal Action No.<br><br>1:23-CR-160-ELR |

**Government's Motion for Leave to File Dismissal**

It appearing that defendant entered a guilty plea to an Information and was sentenced in Case No. 1:24-MC-151-2, and pursuant to the parties' written plea agreement in that case, all counts against defendant ESTELA JUDITH GONZALEZ in the Indictment in above-styled case should be dismissed and Movant prays leave of Court to file the same.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Annalise K. Peters*

By:  Annalise K. Peters
     *Assistant United States Attorneys*
     Georgia Bar No. 550845
     annalise.peters@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

_____

**Order**

Now, to-wit, on the 29th day of August, 2024, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

*/s/ Eleanor L. Ross*

ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE